1  PHILLIP A. TALBERT
   United States Attorney
2  ELLIOT WONG
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile: (916) 554-2900
5
6  Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABDUL WAHAB, | CASE NO. 2:22-CV-00595-TLN-JDP |
| Plaintiff, | STIPULATION AND ORDER FOR REMAND PURSUANT TO 8 U.S.C. § 1447(b) |
| v. | |
| MERRICK B. GARLAND, ET AL., | |
| Defendants. | |

This is an immigration case in which Plaintiff alleges that Defendants have failed to make a determination on his application for naturalization within 120 days as required by statute. 8 U.S.C. § 1447(b). The parties stipulate to a remand to U.S. Citizenship and Immigration Services within instructions to adjudicate the matter within 60 days of the order of remand.

Respectfully submitted,

Dated: May 27, 2022  PHILLIP A. TALBERT
United States Attorney

By: /s/ ELLIOT C. WONG
ELLIOT C. WONG
Assistant United States Attorney

/s/ WAHIDA NOORZAD
WAHIDA NOORZAD
Counsel for Plaintiff

ORDER

Pursuant to 8 U.S.C. § 1447(b), U.S. Citizenship and Immigration Services is ordered to adjudicate the naturalization application within 60 days.

DATED: May 31, 2022

Troy L. Nunley
United States District Judge