1 | PHILLIP A. TALBERT
United States Attorney
2 | ELLIOT C. WONG
Assistant United States Attorney
3 | 501 I Street, Suite 10-100
Sacramento, CA 95814
4 | Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| ABDUL WAHAB, | CASE NO. 2:22-CV-00595-TLN-JDP |
|---|---|
| Plaintiff, | STIPULATION AND PROPOSED ORDER RE: DISMISSAL |
| v. | |
| MERRICK B. GARLAND, ET AL., | |
| Defendants. | |

　　　The parties hereby stipulate to the dismissal of this action in its entirety, each side to bear its own costs of litigation.

1

Respectfully submitted,

Dated: June 27, 2022

PHILLIP A. TALBERT
United States Attorney

By: /s/ ELLIOT C. WONG
ELLIOT C. WONG
Assistant United States Attorney

/s/ WAHIDA NOORZAD
WAHID NOORZAD
Counsel for Plaintiff

ORDER

It is so ordered.

Date: 6/27/2022

Troy L. Nunley
United States District Judge

2